IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     *Plaintiff*,

     v.                                      **Civ. 11-346 KBM/LFG**

$3,307.00 IN UNITED STATES CURRENCY,

     *Defendant*,

and

JORGE LUIS CARRILLO-DIAZ,

     *Claimant*.

## CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the court on plaintiff's Unopposed Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause, the Court having read the motion and being advised that claimant consents to entry of a certificate of reasonable cause, and the court being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

It is therefore ORDERED that this Certificate of Reasonable Cause be entered.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:                    APPROVED BY:

*Electronically submitted 7/29/11*      /s/_____
STEPHEN R. KOTZ               ERLINDA O JOHNSON, ESQ.
CYNTHIA L. WEISMAN          Attorney for Jorge Luis Carrillo-Diaz
Assistant U.S. Attorneys          1011 Lomas NW
Post Office Box 607              Albuquerque, NM 87102
Albuquerque, NM  87103        (505) 792-4048
(505) 346-7274